

# PENN STATE

# CONFIDENTIAL

Payroll Office
101 Elliott Building
The Pennsylvania State University
University Park, PA 16802

MICHAEL A MANLEY                                   PSUID: 933682288

| PAY DATE | GROSS PAY | NET PAY | TAXING AUTHORITY |
|---|---|---|---|
| 08/31/2017 | $5,432.00 | $3,516.26 | POTTER TWP |

| PAY PERIOD DATES | MARITAL STATUS | WITHHOLDING ALLOWANCE | FEDERAL ADD ON |
|---|---|---|---|
| 08/01/2017 TO 08/31/2017 | Married | 1 | $0.00 |

| BUDGET | RATE | SHIFT/OC | REG HRS | OT HRS | HOL HRS | HOL OT | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0504571 UP | $0.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $5,432.00 |

### TAXABLE SALARY / TAX WITHHELD

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| FEDERAL | $4,675.07 | $37,018.66 | FEDERAL | $464.79 | $3,661.02 |
| FICA | $4,946.67 | $39,171.36 | FICA | $306.69 | $2,428.62 |
| MEDICARE | $4,946.67 | $39,171.36 | MEDICARE | $71.73 | $568.02 |
| STATE | $4,946.67 | $39,171.36 | STATE | $151.86 | $1,202.58 |
| LOCAL | $4,946.67 | $39,171.36 | LOCAL | $89.04 | $602.64 |
| | | | UNEMPLOYMENT | $3.80 | $30.16 |
| | | | LST | $4.33 | $34.66 |

### EMPLOYEE DEDUCTIONS / REDUCTIONS

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| RETIREMENT | $271.60 | $2,152.70 | VADD | $2.80 | |
| LTD | $13.53 | | FLEX MED | $208.33 | |
| MEDICAL | $218.50 | | DENTAL | $19.46 | |
| VISION | $2.04 | | PARKING | $37.00 | |
| LIFE INSURANCE | $46.80 | | LIFE INS SPOUSE/SSDP | $3.44 | |

# PENNSTATE 

**CONFIDENTIAL**

Payroll Office
101 Elliott Building
The Pennsylvania State University
University Park, PA 16802

MICHAEL A MANLEY

PSUID: 933682288

| PAY DATE | GROSS PAY | NET PAY | TAXING AUTHORITY |
|---|---|---|---|
| 07/31/2017 | $5,432.00 | $3,516.26 | POTTER TWP |

| PAY PERIOD DATES | MARITAL STATUS | WITHHOLDING ALLOWANCE | FEDERAL ADD ON |
|---|---|---|---|
| 07/01/2017 TO 07/31/2017 | Married | 1 | $0.00 |

| BUDGET | RATE | SHIFT/OC | REG HRS | OT HRS | HOL HRS | HOL OT | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0504571 UP | $0.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $5,432.00 |

## TAXABLE SALARY

| | Current | YTD | TAX WITHHELD | Current | YTD |
|---|---|---|---|---|---|
| FEDERAL | $4,675.07 | $32,343.59 | FEDERAL | $464.79 | $3,196.23 |
| FICA | $4,946.67 | $34,224.69 | FICA | $306.69 | $2,121.93 |
| MEDICARE | $4,946.67 | $34,224.69 | MEDICARE | $71.73 | $496.29 |
| STATE | $4,946.67 | $34,224.69 | STATE | $151.86 | $1,050.72 |
| LOCAL | $4,946.67 | $34,224.69 | LOCAL | $89.04 | $513.60 |
| | | | UNEMPLOYMENT | $3.80 | $26.36 |
| | | | LST | $4.33 | $30.33 |

## EMPLOYEE DEDUCTIONS / REDUCTIONS

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| RETIREMENT | $271.60 | $1,881.10 | VADD | $2.80 | |
| LTD | $13.53 | | FLEX MED | $208.33 | |
| MEDICAL | $218.50 | | DENTAL | $19.46 | |
| VISION | $2.04 | | PARKING | $37.00 | |
| LIFE INSURANCE | $46.80 | | LIFE INS SPOUSE/SSDP | $3.44 | |

Case 4:17-bk-04064-JJT   Doc 5   Filed 09/28/17   Entered 09/28/17 17:03:36   Desc
Main Document      Page 2 of 2