LOCAL BANKRUPTCY FORM 1007-1(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
Michael A. Manley and Cynthia M. Manley : CHAPTER 7

: CASE NO. _____

Debtor(s) :

CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, ~~Michael A. Manley and~~ **Cynthia M. Manley**, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment.** I further certify that I received no payment advices during that period because:

[x] I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[x] I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[ ] My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

[x] I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[ ] I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: 09/22/2017

_____
Debtor

*Cynthia M Manley* (signature)
_____
Joint Debtor